No. 12–7334. BRAUNSTEIN *v.* COX, DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–7340. LINDENSMITH *v.* JEROME ET AL. C. A. 6th Cir. Certiorari denied.

No. 12–7345. LANCASTER *v.* CITY OF RENO, NEVADA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–7347. RICHMOND *v.* COLALASURE ET AL. C. A. 7th Cir. Certiorari denied.

No. 12–7360. MOORE *v.* CURTIN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–7361. PATTERSON *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 12–7363. JOHNSON *v.* ORANGE COUNTY, VIRGINIA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 12–7365. AYALA *v.* LEE, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 12–7369. TUCKER *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 12–7373. MORGAN *v.* MARSHALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–7381. MUHAMMAD *v.* STAPLETON ET AL. C. A. 4th Cir. Certiorari denied.

No. 12–7385. COOK *v.* HUMPHREY, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 12–7386. BROWN *v.* NEBRASKA. C. A. 8th Cir. Certiorari denied.

No. 12–7389. THOMPSON *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied.